# Odiot Sentencing

# Exhibit 5

From: 1415920465 MOTION
I need oa grub
1/31/2023 9:35:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-0003158034D1001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D5258C65-F2BC-4049-B013-3DB69AF6AFD7/telegram-data/account-12651005608343507829/postbox/db/db_sqlite : 0x568A46F2 (Size: 1644003328 bytes)

From: 1415920465 MOTION
And truist suntrust bbt
1/31/2023 9:35:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-0003158034D1001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D5258C65-F2BC-4049-B013-3DB69AF6AFD7/telegram-data/account-12651005608343507829/postbox/db/db_sqlite : 0x568A4675 (Size: 1644003328 bytes)

From: 1415920465 MOTION
Goin to truist Inny tomo
1/31/2023 9:35:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-0003158034D1001E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/D5258C65-F2BC-4049-B013-3DB69AF6AFD7/telegram-data/account-12651005608343507829/postbox/db/db_sqlite : 0x568A45F7 (Size: 1644003328 bytes)